HAIYAN LU, M.D., Appellant, v HENRY M. SPINELLI, M.D., et al., Respondents.

Submitted August 18, 2008; decided September 11, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 10 NY3d 716 (2008)].

In the Matter of PHILLIP JEAN-LAURENT, Appellant, v JOSEPH DAVID, as Superintendent of Greene Correctional Facility, Respondent.

Submitted September 2, 2008; decided September 11, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.